**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| MTI Enterprises Inc., et al.        ) | |
|                  ) | |
|      Plaintiff,      ) | |
|                  ) | |
| v.                 ) | Civil Action No. 1:18cv650 (TSE/IDD) |
|                  ) | |
|                  ) | |
| Theaterpalooza Community Theater   ) | |
| Productions, Inc.         ) | |
|      Defendant.     ) | |

## JUDGMENT

Pursuant to the order of this Court entered on 1/2/2019 and in accordance with Federal

Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiffs and against

the defendant in the amount of $489,096.22, consisting of $450,000 of statutory damages,

$37,563.50 in attorneys' fees, and $1,532.72 in costs.


FERNANDO GALINDO, CLERK OF COURT


By:_____/s/_____
                Richard Banke
                Deputy Clerk

Dated: 1/3/2019
Alexandria, Virginia